UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMERICA BANK,

       Plaintiff,

v.

Case Number 14-10868
Honorable David M. Lawson

FEDERAL RESERVE BANK OF
ATLANTA, EXTRUDED ALUMINUM
CORPORATION, FEDERAL RESERVE
BANK OF SAN FRANCISCO, and
UNITI BANK,

       Defendants.

_____/

## ORDER OF DISMISSAL

On August 12, 2014, the parties notified the Court by email that they had reached a final settlement of all claims in this matter.  The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party.  Any party may apply to reopen the matter to enforce the settlement agreement **on or before September 14, 2014**.

                              s/David M. Lawson
                              DAVID M. LAWSON
                              United States District Judge

Dated:  August 14, 2014

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 14, 2014.

                              s/Shawntel Jackson
                              SHAWNTEL JACKSON